CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 06 2018

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| COLETTE M. WILCOX, | ) |
| Plaintiff, | ) Case No. 7:17-cv-000530 |
| v. | ) |
| NATHAN H. LYONS, ESQ., et al., | ) By: Michael F. Urbanski |
| | ) Chief United States District Judge |
| Defendants. | ) |

## FINAL ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this date, Defendants' motion to dismiss, ECF No. 35, is **GRANTED.** Count II against Lyons is **DISMISSED** with prejudice. Counts III against Steele is **DISMISSED** without prejudice.

It is **SO ORDERED.**

Entered: 12-06-18

Michael F. Urbanski
Chief United States District Judge